IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SANTRESA SCOGGINS                                               PLAINTIFF

v.                    Case No. 4:10-cv-1096-DPM

BANK OF AMERICA, N.A.                                          DEFENDANT

JUDGMENT

Scoggins's complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

3 August 2011